Donna L. Friedeberg
      vs
T. J. Maxx of 624 West Main st, Norwich, CT

Complaint

On 2/22/25 Plaintiff went in to T. J. Maxx and bought an insulated Container with a handled lid called Hydrapeak which is engraved in silver all-cap letters on the side of it. It is a 32 oz stainless steel Food Jar and on the bottom it gives much information printed in black. The canister is all pink. A copy of the bottom with its information is attached. It has a lot of unnessary information on it that is Very sublly threatening when it is coupled with its receipt listing of : ENTERTAINING. Plaintiff paid $12.99 for it.

The Roman Catholic psychiatrist who cares for, treats, and provides for all large and small needs of all the Roman Catholics of Norwich, CT has complained to several Bishops that plaintiff is a large pain in the butt because she just does not get the picture about what she has to do because she lives in an all Roman Catholic, officially, so town, that all kinds of men have been sent by her to let her know her role as a whore for sexually needy Roman Catholic men and that she gets up several times while eating every meal to warm up food and that he thinks she does this to be obstinant about having an Hispanic person hired by her to be a cook for her because the Hispanics will not warm up food like she apparently wants so many times because it is crazy.

This canister, according to communication with the manufacturer in China, was demanded by the Bishop of New York to be manufactured in a record-setting time frame for immediate

Friedeberg vs TJ Maxx Page 2

distribution is to Norwich, CT, U.S.A. The Bishop also ordered how it was to be priced.

Plaintiff alleges that she was to set a message from the New York Bishop when she bought this very wanted food container. The message was two-fold. The canister had to be used so an Hispanic could be in her house, paid a large salary, for cooking for her as she would not need the soup or other entree warmed up during meals and the designation of ENTERTAINING on the receipt with the price of 12.99 was an order for her to provide the needed sex, now as a prostitute, since she was so stupid to keep refusing and that her charge for sex encounters would be no more than 12.99.

The Demand is for the Court to discharge every employee of T.J. Maxx and to order that the store be shuttered and closed, ceasing all operations immediately.

And for the Bishop of New York the demand is for criminal prosecution for promoting and enabling prostitution across state lines and also most likely in New York with Chinese women, in particular.

A copy of the receipt is attached.

---

**T·J·maxx®**

MARKUS PLAZA
624 WEST MAIN STREET
NORWICH, CT 06360
United States
860-887-8874

REGULAR SALE

| | | | |
|---|---|---|---|
| 03 - CASUAL WEAR | B48790 | $16.99 | A |
| 03 - CASUAL WEAR | 831127 | $20.00 | A |
| 68 - ENTERTAINING | 747783 | $12.99 | T |

Subtotal $49.98
CT 6.350% Sales Tax $0.82
CT 6.350% Sales Tax $2.35
CT 7.750% Sales Tax $0.00

Total $53.15

DISCOVER ------ TRANSACTION RECORD ------ $53.15
********4846
PURCHASE
EXPIRES **/** CONTACTLESS
AUTH# 02212R
AID A0000001523010
APP PREFERRED NAME Discover Credit
APPLICATION LABEL Discover

550334    443537    02-22-2025 13:51:26
APPROVED

Change $0.00

****************************************
T.J.MAXX VALUES YOUR FEEDBACK!
Tell us what you think about
your store visit today and
enter a monthly drawing to win a
$500 T.J.Maxx Gift Card!

Visit www.TJMAXXFEEDBACK.com

Respond by 3/8/25
You will need to reference
your receipt
Survey number: 0735043978
SEE WEBSITE FOR COMPLETE RULES
****************************************
Sold Item Count = 3